## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:14-CV-36

| | | |
|---|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| MARVIN ANTONIO HILL, ANNETTE REED BOLDEN and MARVIN A. MULLINAX, ADMINISTRATOR OF THE ESTATE OF LOUVER M. HILL, | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court on "Plaintiff's Renewed Motion for Dismissal from Case and for Attorney's Fees and Costs" filed August 27, 2014. Having carefully reviewed the record and for good cause shown, the Motion is granted.

It is hereby **ORDERED** that Plaintiff be dismissed from this case with prejudice, that it be released and forever discharged from any further obligations or liability with respect to the life insurance plan insuring the late Louver M. Hill, that Plaintiff is entitled to attorney's fees and costs in the amount of $1,000, and that the clerk shall remit its check to the Guardian in that amount from the life insurance benefits that the Plaintiff previously paid to the Court.

**SO ORDERED**.

Signed: November 21, 2014

Richard L. Voorhees
United States District Judge