IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-36

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER** |
| MARVIN ANTONIO HILL, ANNETTE REED BOLDEN, and ROBERT A. MULLINAX, AS ADMINISTRATOR OF THE ESTATE OF LOUVER M. HILL, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**BEFORE THE COURT** is Annette Reed Bolden's Motion to Stay (Doc. 32) to which Robert Mullinax does not object. The Court finds that a stay is appropriate given the ongoing criminal proceedings against Marvin Antonio Hill. A stay prevents the unnecessary expenditure of resources by both the parties and the Court by allowing the slayer issue to potentially be determined by the criminal proceeding. *Prudential Ins. Co. of Am. v. Bynum*, No. 5:11-CV-62-FL, 2012 WL 555757, at *2 (E.D.N.C. Feb. 21, 2012) (granting stay while defendant appealed his criminal conviction).

**IT IS, THEREFORE, ORDERED THAT**

(1) Annette Reed Bolden's Motion to Stay (Doc. 32) be **GRANTED**; and

(2) The case be stayed pending disposition of all criminal matters against Defendant Marvin Antonio Hill arising out of or relating to the death of Louver M. Hill.

Signed: November 24, 2014

Richard L. Voorhees
United States District Judge