**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:14-cv-36-RLV-DSC**

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

v.

MARVIN ANTONIO HILL and
ANNETTE REED BOLDEN,

      Defendants.

## ORDER

**THIS MATTER** is before the Court on the "Joint Motion of the Defendants Annette Reed Bolden and Robert A. Mullinax, Administrator of the Estate of Louver M. Hill to Lift Stay" (document #42). Having conferred with the chambers of the Honorable Richard L. Voorhees, the Motion is **GRANTED** and the Stay entered on November 24, 2014 (document #37) is **LIFTED**.

**SO ORDERED.**

Signed: February 21, 2017

David S. Cayer
United States Magistrate Judge