# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| The Guardian Life Insurance Company of America<br>The Guardian Life Insurance Company of America**,**<br><br>Plaintiff(s),<br><br>vs.<br><br>Robert A. Mullinax<br>Annette Reed Bolden<br>Marvin Antonio Hill**,**<br><br>Defendant(s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JUDGMENT IN CASE<br><br><br><br>5:14-cv-00036-FDW-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2017 Order.

September 12, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court